# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | | |
|---|---|---|
| ANTRON MONYA VALRIE, | : | |
| Petitioner, | : | |
| vs. | : | CRIMINAL NO. 08-0214-CG-M |
| UNITED STATES OF AMERICA, | : | CIVIL ACTION NO. 09-0824-CG |
| Respondent. | : | |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(l)(B) and dated June 9, 2010, is **ADOPTED** as the opinion of this Court.

**DONE and ORDERED** this 28th day of July, 2010.

/s/ Callie V. S. Granade
UNITED STATES DISTRICT JUDGE