**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | | |
|---|---|---|
| **ANTRON MONYA VALRIE,** | : | |
| **Petitioner,** | : | |
| **vs.** | : | **CRIMINAL NO. 08-0214-CG-M** |
| **UNITED STATES OF AMERICA,** | : | **CIVIL ACTION NO. 09-0824-CG** |
| **Respondent.** | : | |

## JUDGMENT

In accordance with the order entered on this date, it is hereby **ORDERED,**

**ADJUDGED**, and **DECREED** that petitioner's motion to vacate, set aside or correct sentence,

filed pursuant to 28 U.S.C. § 2255, is **DENIED**. The court finds that petitioner is not entitled to

a certificate of appealability and, therefore, he is not entitled to appeal <u>in</u> <u>forma</u> <u>pauperis</u>.

**DONE and ORDERED** this 28th day of July, 2010.

<u>/s/  Callie V. S. Granade</u>
UNITED STATES DISTRICT JUDGE